UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :
                                     :    **SEALED SUPERSEDING**
        - v. -                       :    **INDICTMENT**
                                     :
ROBERTO PONCE-ROCHA,                 :    S1 16 Cr. 30
  a/k/a "Paco Ulysses,"              :
  a/k/a "Licenciado,"                :
  a/k/a "Lic Ponce,"                 :
JUAN MANUEL CAICEDO-ZUNIGA,          :
  a/k/a "Juancho,"                   :
  a/k/a "El Pescador Rey,"           :
  a/k/a "El Judio Maravilloso,"      :
ADAN MUNOZ-CORDOBA,                  :
  a/k/a "Negro," and                 :
FERNANDO AMARILLAS-RAMOS,            :
  a/k/a "Maferefum,"                 :
                                     :
        Defendants.                  :

- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/16

**COUNT ONE**

(Narcotics Importation Conspiracy)

The Grand Jury charges:

1.  From at least in or about July 2013 through in or about January 2016, in the Southern District of New York and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular State or district, ROBERTO PONCE-ROCHA, a/k/a "Paco Ulysses," a/k/a "Licenciado," a/k/a "Lic Ponce," JUAN MANUEL CAICEDO-ZUNIGA, a/k/a "Juancho," a/k/a "El Pescador Rey," a/k/a "El Judio Maravilloso," ADAN MUNOZ-CORDOBA, a/k/a "Negro," and FERNANDO AMARILLAS-RAMOS, a/k/a "Maferefum," the defendants, who will be first brought to and arrested in the

Southern District of New York, and whose point of entry into the United States will be the Southern District of New York, with others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and object of the conspiracy that ROBERTO PONCE-ROCHA, a/k/a "Paco Ulysses," a/k/a "Licenciado," a/k/a "Lic Ponce," JUAN MANUEL CAICEDO-ZUNIGA, a/k/a "Juancho," a/k/a "El Pescador Rey," a/k/a "El Judio Maravilloso," ADAN MUNOZ-CORDOBA, a/k/a "Negro," and FERNANDO AMARILLAS-RAMOS, a/k/a "Maferefum," the defendants, and others known and unknown, would and did import into the United States and into the customs territory of the United States from a place outside thereof a controlled substance, in violation of 21 U.S.C. §§ 952(a) and 960(a)(1).

3.  It was a part and an object of the conspiracy that ROBERTO PONCE-ROCHA, a/k/a "Paco Ulysses," a/k/a "Licenciado," a/k/a "Lic Ponce," JUAN MANUEL CAICEDO-ZUNIGA, a/k/a "Juancho," a/k/a "El Pescador Rey," a/k/a "El Judio Maravilloso," ADAN MUNOZ-CORDOBA, a/k/a "Negro," and FERNANDO AMARILLAS-RAMOS, a/k/a "Maferefum," the defendants, and others known and unknown, would and did manufacture and distribute a controlled substance, knowing and intending that such substance would be unlawfully imported into the United States and into waters within a distance

of 12 miles of the coast of the United States, in violation of 21 U.S.C. §§ 959 and 960(a)(3).

4. The controlled substances that ROBERTO PONCE-ROCHA, a/k/a "Paco Ulysses," a/k/a "Licenciado," a/k/a "Lic Ponce," JUAN MANUEL CAICEDO-ZUNIGA, a/k/a "Juancho," a/k/a "El Pescador Rey," a/k/a "El Judio Maravilloso," ADAN MUNOZ-CORDOBA, a/k/a "Negro," and FERNANDO AMARILLAS-RAMOS, a/k/a "Maferefum," the defendants, conspired to import into the United States and into the customs territory of the United States from a place outside thereof, and conspired to manufacture and distribute, knowing and intending that they would be unlawfully imported into the United States and into waters within a distance of 12 miles of the coast of the United States, were (a) one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of 21 U.S.C. § 960(b)(1)(A); (b) five kilograms and more of mixtures and substances containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts and isomers, in violation of 21 U.S.C. § 960(b)(1)(B)(ii); and (c) 500 grams and more of mixtures and substances containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of 21 U.S.C. § 960(b)(1)(H).

(Title 21, United States Code, Sections 952, 959(c), 963; Title 18, United States Code, Section 3238.)

3

**FORFEITURE ALLEGATIONS**

5. As a result of committing the controlled substance offenses alleged in Count One of the Indictment, ROBERTO PONCE-ROCHA, a/k/a "Paco Ulysses," a/k/a "Licenciado," a/k/a "Lic Ponce," JUAN MANUEL CAICEDO-ZUNIGA, a/k/a "Juancho," a/k/a "El Pescador Rey," a/k/a "El Judio Maravilloso," ADAN MUNOZ-CORDOBA, a/k/a "Negro," and FERNANDO AMARILLAS-RAMOS, a/k/a "Maferefum," the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said offenses and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses alleged in Count One of this Indictment.

Substitute Assets Provision

6. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant-

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Sections 853(p) and 970, to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

  (Title 21, United States Code, Sections 853 and 970.)

_/s/ A. Daw_
FOREPERSON

_/s/ Preet Bharara_
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ROBERTO PONCE-ROCHA,
a/k/a "Paco Ulysses,"
a/k/a "Licenciado,"
a/k/a "Lic Ponce,"
JUAN MANUEL CAICEDO-ZUNIGA,
a/k/a "Juancho,"
a/k/a "El Pescador Rey,"
a/k/a "El Judio Maravilloso,"
ADAN MUNOZ-CORDOBA,
a/k/a "Negro," and
FERNANDO AMARILLAS-RAMOS,
a/k/a "Maferefum,"

Defendants.

### SEALED SUPERSEDING INDICTMENT

S1 16 Cr. 30

(21 U.S.C. §§ 952, 959, 963;
18 U.S.C. § 3238.)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

April 8, 2016
Filed Sealed first Superseding Indictment.
USMJ Debra Freeman